1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEROME JACKSON DENNY, JR.,

11          Petitioner,                    No. CIV S-08-1614 DAD P

12      vs.

13   A. HEDGPETH,                          ORDER AND

14          Respondent.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16          By order filed September 22, 2008, petitioner's petition was dismissed and thirty

17   days leave to file an amended petition was granted.  On October 21, 2008, petitioner was granted

18   a thirty day extension to file an amended petition.  On December 10, 2008, petitioner was granted

19   an additional thirty days to file an amended petition and/or motion for stay and abeyance.  The

20   time period has now expired, and petitioner has not filed an amended petition and/or motion for

21   stay and abeyance or otherwise responded to the court's order.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23   randomly assign a United States District Judge to this action;

24          IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

26   /////

1

1          These findings and recommendations are submitted to the United States District

2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3   days after being served with these findings and recommendations, petitioner may file written

4   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

6   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

7   F.2d 1153 (9th Cir. 1991).

8   DATED: January 26, 2009.

9

10                                                          Dale A. Drozd
                                                   _____
11                                                 DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE
12   DAD:lg
     denn1614.fta
13

14

15

16

17

18

19

20

21

22

23

24

25

26